```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                                   Case No. 2:10-cr-332

William H. Conner

<u>ORDER</u>

    The defendant filed a <u>pro se</u> motion on February 14, 2011, seeking the removal of his present attorney and the appointment of new counsel. The matter was referred to Magistrate Judge Elizabeth Preston Deavers for a hearing and the issuance of a report and recommendation. On February 23, 2011, the Magistrate Judge filed a report and recommendation recommending that the motion be granted and that new counsel be appointed.

    The court agrees with the recommendation of the Magistrate Judge, and hereby adopts the report and recommendation (Doc. No. 34). Defendant's motion for the appointment of new counsel (Doc. No. 29) is hereby granted. Defendant's present counsel is granted leave to withdraw. The court hereby appoints Attorney Kort W. Gatterdam to represent the defendant.

Date: February 25, 2011           <u>     s/James L. Graham     </u>
                                            James L. Graham
                                            United States District Judge